**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

OSAMAH ALSAIDI,

     Plaintiff,

     v.

THE CITY OF PATERSON, *et al.*,

     Defendants.

No. 22cv6697 (EP) (JSA)

**ORDER**

Defendants the City of Paterson ("Paterson"), Paterson Police Department ("PPD"), and Former Police Chief Ibrahim Bayorca ("Former Chief Bayorca") (collectively, the "Paterson Defendants"), move to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6). D.E. 60. Defendant Acting Police Chief Engelbert Ribeiro ("Acting Chief Ribeiro") also moves to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6). D.E. 62.  Having reviewed the parties' submissions and all other relevant items on the docket, and having determined that oral argument is not necessary,

**IT IS**, on this **5th** day of September 2024, for the reasons set forth in the accompanying Opinion,

**ORDERED** that the Paterson Defendants' Motion, D.E. 60, is **GRANTED**; and it is further

**ORDERED** that Defendant Acting Chief Ribeiro's Motion, D.E. 62, is **GRANTED**; and it is further

**ORDERED** that the Complaint, D.E. 1, is **DISMISSED** as follows:

- Defendant PPD is dismissed ***with prejudice*** from the Complaint;

- All Section 1983 and CRA claims (Counts II, III, IV, V, VII, and VIII) against Paterson are dismissed *without prejudice*;

- All Section 1983 and CRA claims (Counts II, III, IV, V, VII, and VIII) against Defendants Former Chief Bayorca and Acting Chief Ribeiro in their official capacities are dismissed *with prejudice*;

- All Section 1983 and CRA claims (Counts II, III, IV, V, VII, VIII, and XVII) against Defendants Former Chief Bayorca and Acting Chief Ribeiro in their individual capacities are dismissed *without prejudice*;

- Count VI of the Complaint is dismissed *without prejudice* against the Paterson Defendants and Defendant Acting Chief Ribeiro;

- Counts IX, X, XI, XII, XIII, and XV are dismissed against Defendants Former Chief Bayorca and Acting Chief Ribeiro *without prejudice*;

- Count XIV is dismissed against the Paterson Defendants and Defendant Acting Chief Ribeiro *with prejudice*;

**ORDERED** that Plaintiff will have thirty (30) days from this Order to amend the Complaint with respect to the counts dismissed *without prejudice*; and it is finally

**ORDERED** that Plaintiff's failure to amend the Complaint may result in a dismissal *with prejudice*.

Dated: September 5, 2024

Evelyn Padin, U.S.D.J.

2