KEITH J. MURPHY
KMURPHY@GRSM.COM

Admitted In:   NJ, NY & PA



ATTORNEYS AT LAW
18 COLUMBIA TURNPIKE, SUITE 220
FLORHAM PARK, NJ 07932
WWW.GRSM.COM

October 16, 2024

**Via ECF**
Hon. Jessica S. Allen, U.S.M.J.
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    **Osamah Alsaidi v. The City of Paterson, et al.**
                Civil Action No. 2:22-cv-06697-EP-JSA

Dear Judge Allen:

      The purpose of this letter is to advise the Court that the parties have reached a proposed global settlement of this matter, subject to presentation to and approval by the City of Paterson's Municipal Council. The parties are in the process of preparing the necessary settlement documents and expect that the matter will be presented for consideration in November.

      In light of the pending settlement, the parties respectfully request the entry of a sixty-day Order administratively terminating this action. Thank you for Your Honor's attention to this matter.

                                    Respectfully Submitted,

                                    */s/ Keith J. Murphy*
                                    Keith J. Murphy

Cc: All Counsel of Record (via ECF)