**GORDON & REES SCULLY MANSUKHANI LLP**
Keith J. Murphy, Esq.
290 W Mt. Pleasant Avenue, Suite 3310
Livingston, NJ 07039
Phone: (973) 549-2500
Fax: (973) 377-1911
Email: kmurphy@grsm.com
Attorneys for Defendants *the City of Paterson, Paterson Police Department and Ibrahim Baycora*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| OSAMAH ALSAIDI, | |
| Plaintiffs, | Civil Action No.: 2:22-cv-06697-EP-JSA |
| THE CITY OF PATERSON, PATERSON POLICE DEPARTMENT, IBRAHIM BAYCORA, in his official capacity as Police Chief for the Paterson Police Department and in his individual capacity, ENGELBERT RIBEIRO, in his official capacity as Acting Police Chief for the Paterson Police Department and in his individual capacity, KEVIN PATINO, individually and in his official capacity, KENDRY TINEO-RESTITUYO, individually and in his official capacity, BISHNU MCKNIGHT, individually and in his official capacity, and JOHN DOES 1-10, fictitious persons, individually and in their official capacities | **STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED,** by the undersigned on behalf of Plaintiff Osamah Alsaidi and Defendants, the City of Paterson, Paterson Police Department, Ibrahim Baycora, Engelbert Ribeiro, Kevin Patino, Kendry Tineo-Restituyo and Bishnu McKnight, that this action be and hereby is dismissed with prejudice and without costs to any party.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts and that electronic signatures will be deemed to have the same effect as an original signature and will be acceptable for purposes of the within Stipulation.

**CONSENTED TO BY:**

**ALSAIDI CHANG HAMDAN, LLC**

By:  */s/ Joseph A. Chang*
    Joseph A. Chang, Esq.

  1089 Main Street, Suite 502
  Paterson, NJ 07503
  Phone: (973) 261-9600
  Email: chang@achlaws.com

*Attorneys for Plaintiff*

Dated: April 24, 2025

**GORDON REES SCULLY MANSUKHANI, LLP**

By:  */s/ Keith J. Murphy*
    Keith J. Murphy, Esq.

  290 W Mt. Pleasant Avenue, Suite 3310
  Livingston, NJ 07039
  Phone: (973) 549-2500
  Email: kmurphy@grsm.com

*Attorneys for Defendants City of Paterson, Paterson Police Department and Ibrahim Baycora*

Dated: April 24, 2025


**JOEL M. MIKLACKI, ESQ.**

By:  */s/ Joel M. Miklacki*
    Joel M. Miklacki, Esq.

  1 Howe Avenue, Suite 401
  Passaic, NJ 07055
  Phone: (973) 779-3300
  Email:  jmmiklacki@verizon.net

*Attorneys for Defendant Engelbert Ribeiro*

Dated: April 24, 2025

**PATRICK J. CARSERTA, ESQ. LLC**

By:  */s/ Patrick J. Caserta*
    Patrick J. Caserta, Esq.

  999 McBride Avenue, Suite B210
  Woodland Park, NJ 07424
  Phone: (973) 632-2100
  Email: pcaserta@pjclawoffice.com

*Attorneys for Defendant Kendry Tineo-Restituyo*

Dated: April 24, 2025

| | |
|---|---|
| **RICCI & FAVA, LLC** | **LAW OFFICES OF NICHOLAS J. PALMA, ESQ., P.C.** |
| By: */s/ Ronald J. Ricci*<br>    Ronald J. Ricci, Esq. | By: */s/ Valerie Palma Deluisi*<br>    Valerie Palma Deluisi, Esq. |
| 16 Furler Street, 2nd Floor<br>Totowa, NJ 07512<br>Phone: (973) 837-1900<br>Email: rricci@riccifavalaw.com | 1425 Broad Street<br>Clifton, NJ 07013<br>Phone: (973) 471-1121<br>Email: vpd@palmalawfirm.com |
| *Attorneys for Defendant Bishnu McKnight* | *Attorneys for Defendant Kevin Patino* |
| Dated: April 24, 2025 | Dated: April 24, 2025 |

3